FILED

12/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0681

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0681

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ANDREW DAVID SHEROD,

Defendant and Appellant.

ORDER

FILED

DEC 20 2022

Bowen Greenwood
Clerk of the Supreme Court
State of Montana

Andrew David Sherod moves this Court for appointment of counsel in his appeal. As grounds, he states that he is indigent and currently incarcerated. Sherod appeals an October 27, 2022 Judgment issued in the Thirteenth Judicial District Court, Yellowstone County, where the court sentenced Sherod to the Montana State Prison for felony negligent homicide. On the same day that Sherod filed his Notice of Appeal, this Court received the District Court record, Judgment, and a copy of the sentencing transcript.

Sherod has a recent conviction, and he may be entitled to appointment of counsel in this appeal. Section 46-8-103(1), MCA. Therefore,

IT IS ORDERED that Sherod's Motion for Appointment of Counsel is GRANTED.

The Appellate Defender Division shall have thirty days from the date of this Order within which to file either a Notice of Appearance or a Motion to Rescind this Order appointing counsel. If Sherod were to qualify for appointed counsel, the Appellate Defender Division shall order any other necessary transcripts.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Appellate Defender Division, counsel of record, and Andrew David Sherod.

DATED this 20ᵗʰ day of December, 2022.

For the Court,

By: _____

Chief Justice